**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6164**

WILLIAM T. WALLACE, JR.,

             Plaintiff - Appellant,

        v.

MUFEED SAID, in his individual capacity,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T.S. Ellis, III, Senior
District Judge.  (1:12-cv-01433-TSE-TRJ)

Submitted:  May 30, 2013              Decided:  June 5, 2013

Before SHEDD, DIAZ, and THACKER Circuit Judges.

Affirmed by unpublished per curiam opinion.

William T. Wallace, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William T. Wallace, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wallace v. Said, No. 1:12-cv-01433-TSE-TRJ (E.D. Va. filed Jan. 3, 2013 & entered Jan. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED